Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of New York (State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  New Dragon Toy Wholesale, Inc

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  13-3668535

4. **Debtor's address**

   Principal place of business
   101 West 27th Street
   Number   Street
   1st Floor
   New York    NY    10001
   City        State  ZIP Code

   New York
   County

   Mailing address, if different from principal place of business
   Number   Street
   P.O. Box
   City        State  ZIP Code

   Location of principal assets, if different from principal place of business
   Number   Street
   City        State  ZIP Code

5. **Debtor's website (URL)**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **New Dragon Toy Wholesale, Inc**
Name

Case number (if known) _____

| | |
|---|---|
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ❑ Partnership (excluding LLP) |
| | ❑ Other. Specify: _____ |

7. **Describe debtor's business**

   A. *Check one:*

   ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ❑ Railroad (as defined in 11 U.S.C. § 101(44))
   ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. *Check all that apply:*

   ❑ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   **4 2 3 9**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ❑ Chapter 7
   ❑ Chapter 9
   ☑ Chapter 11. *Check all that apply*:

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ❑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ❑ A plan is being filed with this petition.

   ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ❑ Chapter 12

Debtor   New Dragon Toy Wholesale, Inc
         Name                                               Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☑ No
   ☐ Yes.  District _____ When ___/___/_____ Case number _____
                                        MM / DD / YYYY
   If more than 2 cases, attach a separate list.
           District _____ When ___/___/_____ Case number _____
                                        MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☑ No
    ☐ Yes.  Debtor _____ Relationship _____
            District _____ When ___/___/_____
                                                          MM / DD / YYYY
    List all cases. If more than 1, attach a separate list.
            Case number, if known _____

11. **Why is the case filed in *this* district?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                Number    Street

                                _____
                                City                                  State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name    _____
           Phone           _____

---

**Statistical and administrative information**

Debtor  New Dragon Toy Wholesale, Inc          Case number (if known) _____
        Name

13. **Debtor's estimation of available funds**

   Check one:
   - ☑ Funds will be available for distribution to unsecured creditors.
   - ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

   - ☑ 1-49
   - ☐ 50-99
   - ☐ 100-199
   - ☐ 200-999
   - ☐ 1,000-5,000
   - ☐ 5,001-10,000
   - ☐ 10,001-25,000
   - ☐ 25,001-50,000
   - ☐ 50,001-100,000
   - ☐ More than 100,000

15. **Estimated assets**

   - ☑ $0-$50,000
   - ☐ $50,001-$100,000
   - ☐ $100,001-$500,000
   - ☐ $500,001-$1 million
   - ☐ $1,000,001-$10 million
   - ☐ $10,000,001-$50 million
   - ☐ $50,000,001-$100 million
   - ☐ $100,000,001-$500 million
   - ☐ $500,000,001-$1 billion
   - ☐ $1,000,000,001-$10 billion
   - ☐ $10,000,000,001-$50 billion
   - ☐ More than $50 billion

16. **Estimated liabilities**

   - ☐ $0-$50,000
   - ☐ $50,001-$100,000
   - ☑ $100,001-$500,000
   - ☐ $500,001-$1 million
   - ☐ $1,000,001-$10 million
   - ☐ $10,000,001-$50 million
   - ☐ $50,000,001-$100 million
   - ☐ $100,000,001-$500 million
   - ☐ $500,000,001-$1 billion
   - ☐ $1,000,000,001-$10 billion
   - ☐ $10,000,000,001-$50 billion
   - ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

   The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

   I have been authorized to file this petition on behalf of the debtor.

   I have examined the information in this petition and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on  04/15/2024
                MM / DD / YYYY

   X _____      Khim Bun Mak
   Signature of authorized representative of debtor    Printed name

   Title  President

Debtor __New Dragon Toy Wholesale, Inc__    Case number (if known)_____
       Name

18. **Signature of attorney**    ✗ /s/Bo Shi    Date 04/15/2024
                                 Signature of attorney for debtor        MM / DD / YYYY

Bo Shi
Printed name
Shi & Associates
Firm name
401 Broadway, Suite 409
Number    Street
New York                                        NY        10013
City                                            State     ZIP Code

(212)965-8686                                   shiattorney@yahoo.com
Contact phone                                   Email address

4848255                                         New York
Bar number                                      State

**Fill in this information to identify the case:**

Debtor name: New Dragon Toy Wholesale, Inc

United States Bankruptcy Court for the: Southern    District of: NY (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 101 West 27th Street Equities Inc. c/o Rosenblum & Bianco, LLP Josh B. Rosenblum, Esq. 100 Merrick Road, Suite 306-East Rockville Centre, NY 11570 | | Rent | | | | $114,778.00 |
| 2 | Nomad West 27th Street LLC c/o Rosenblum & Bianco, LLP Josh B. Rosenblum, Esq. 100 Merrick Road, Suite 306-East Rockville Centre, NY 11570 | | Rent | | | | $36,300.00 |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Fill in this information to identify the case:

Debtor: New Dragon Toy Wholesale, Inc

United States Bankruptcy Court for the: Southern District of NY (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address: _____  Date or dates debt was incurred: _____  Last 4 digits of account number: __ __ __ __  Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed  Basis for the claim: _____  Is the claim subject to offset? ☐ No ☐ Yes | $_____ | $_____ |
| **2.2** Priority creditor's name and mailing address: _____  Date or dates debt was incurred: _____  Last 4 digits of account number: __ __ __ __  Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed  Basis for the claim: _____  Is the claim subject to offset? ☐ No ☐ Yes | $_____ | $_____ |
| **2.3** Priority creditor's name and mailing address: _____  Date or dates debt was incurred: _____  Last 4 digits of account number: __ __ __ __  Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed  Basis for the claim: _____  Is the claim subject to offset? ☐ No ☐ Yes | $_____ | $_____ |

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| 3.1 | 101 West 27th Street Equities Inc. c/o Rosenblum & Bianco, LLP<br>Josh B. Rosenblum, Esq., 100 Merrick Road, Suite 306-East<br>Rockville Centre, NY 11570<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No ☐ Yes | $114,778.00 |
| 3.2 | Nomad West 27th Street LLC, c/o Rosenblum & Bianco, LLP<br>Josh B. Rosenblum, Esq., 100 Merrick Road, Suite 306-East<br>Rockville Centre, NY 11570<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No ☐ Yes | $36,300.00 |
| 3.3 | _____<br>_____<br>_____<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No ☐ Yes | $_____ |
| 3.4 | _____<br>_____<br>_____<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No ☐ Yes | $_____ |
| 3.5 | _____<br>_____<br>_____<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No ☐ Yes | $_____ |
| 3.6 | _____<br>_____<br>_____<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No ☐ Yes | $_____ |

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page ___ of ___

Debtor   New Dragon Toy Wholesale, Inc                                         Case number (if known)
         Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0 |
| 5b. Total claims from Part 2 | 5b. + | $ 151,078.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 151,078.00 |

Official Form 206E/F           Schedule E/F: Creditors Who Have Unsecured Claims           page ___ of ___

**Fill in this information to identify the case and this filing:**

Debtor Name: New Dragon Toy Wholesale, Inc
United States Bankruptcy Court for the: Southern District of NY
Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/15/2024
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Khim Bun Mak
Printed name

President
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

# United States Bankruptcy Court
## Southern District of New York

IN RE:                                                            Case No. _____

    New Dragon Toy Wholesale, Inc.            Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, the Debtor in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

×    None [*Check if applicable*]

04/15/2024
Date

                                                 New Dragon Toy Wholesale, Inc.
                                               By: Khim Bun Mak, President

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# NEW DRAGON TOY WHOLESALE, INC.

## IN LIEU OF A SPECIAL MEETING

### April 15 ,2024

The undersigned, being all of the members of the board of directors (the "Board") of New Dragon Toy Wholesale, Inc, a New York corporation (the "Corporation"), hereby waive the calling, notice, and holding of a special meeting and, in lieu thereof, acting in accordance with the Corporation's governing documents and pursuant to Section 708(b) of the New York Business Corporation Law and after full consideration, hereby consent to and adopt the following resolutions (the "Resolutions") by giving their express written consent thereto.

**WHEREAS**, the Board has reviewed the materials presented by management and its financial, legal, and other advisors, has conducted its own analysis and has engaged in numerous and extensive discussions (including, without limitation, with its management and such advisors) regarding, and has analyzed and had the opportunity to fully consider, the financial condition of the Corporation and its subsidiaries, including, but not limited to their liabilities, liquidity position, the strategic alternatives available to them, the market in which they operate, their current and future liquidity needs, their business prospects, and their current and long-term liabilities and the impact of the foregoing on the Corporation's businesses and operations;

**WHEREAS**, the Board was advised by its financial, legal, and other advisors regarding, among other things, the Corporation's ability to draw upon their existing working capital facility, term loan debt, and the magnitude of deferred rent and other lease obligations.

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, and other parties in interest, that the Corporation file or cause to be filed voluntary petitions for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") or other court of competent jurisdiction as soon as practicable hereafter.

**RESOLVED FURTHER**, that the President ("Authorized Person") acting alone or with other Authorized Person (collectively, the "Authorized Persons") are authorized, empowered, and directed, in the name and on behalf of the Corporation, to execute, verify and file all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the case and obtain chapter 11 relief, including but not limited to motions to obtain the use of cash collateral and provide adequate protection therefore and to obtain debtor-in-

possession financing, and to take, or cause to be taken, such other actions, as in the judgment of such Authorized Person shall be or become necessary, advisable, proper, or desirable in connection with the Corporation's chapter 11 cases, such Authorized Person's performance of any such act and his or her execution and delivery of any such document, agreement, or instrument to be conclusive evidence of the Authorized Person's approval thereof.

**RESOLVED FURTHER**, that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed, in the name of and on behalf of the Corporation, to employ Shi & Associates as bankruptcy counsel to represent and advise the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance its rights and obligations, including filing any pleadings in connection with the chapter 11 cases; and in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 cases, and cause to be executed and filed an appropriate application with the bankruptcy court for authority to retain the services of Chen & Associates.

**RESOLVED FURTHER**, that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed, in the name of and on behalf of the Corporation, to employ any other professionals, including attorneys, accountants, financial advisors, investment bankers, and tax advisors, necessary to assist the Corporation in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 cases, and cause to be executed and filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary.

**RESOLVED FURTHER**, that the Authorized Persons, and any employees or agents (including counsel) designated by or directed by any such officers be, and each of them hereby is, authorized, empowered, and directed, in the name of and on behalf of the Corporation, to take any and all other actions as they may deem necessary or advisable to, in the Corporation's capacity as stockholder, shareholder, equity holder, managing member, sole member, general partner, limited partner, or member of any of the Corporation to cause such Corporation to execute, deliver, and perform any of the actions contemplated with respect to the chapter 11 cases and these resolutions or the transactions contemplated hereby.

**RESOLVED FURTHER**, that all lawful acts, actions, and transactions relating to the matters contemplated by the foregoing Resolutions done by any Authorized Person or any director, employee, legal counsel, or other representative of or advisor to the Corporation, in the name and on behalf of the Corporation, which acts would have been approved by the foregoing Resolutions except that such acts were taken before these Resolutions were certified, are hereby in all respects approved and ratified.

**RESOLVED FURTHER**, that this Written Consent may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same document.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Written Consent and set his hand and the seal of New Dragon Toy Wholesale, Inc this 15th day of April 2024.

_____
Khim Bun Mak, President

# United States Bankruptcy Court
## Southern District of New York

IN RE:                                                   Case No. _____

New Dragon Toy Wholesale, Inc.       Chapter  11

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached creditor matrix/list of creditors submitted herein is true to the best of my(our) knowledge.

Date: 4/15/2024    Signature: _____

Khim Bun Mak, President

Date: _____ Signature: _____

```
INGRAM YUZEK GAINEN CARROLL
& BERTOLOTTI, LLP
150 East 42nd Street, 19th Floor
New York, New York 10017

ConEdison
PO Box 1702
NewYork, NY 10116
```