UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NEW DRAGON TOY WHOLESALE, INC.,<br><br>                                    Debtor. | Chapter 11<br><br>Case No. 24-10653 (MG) |

## ORDER TO SHOW CAUSE

**UPON** the Declaration of Bo Shi, Esq. (ECF Doc. # 2-1), counsel for the Debtor New Dragon Toy Wholesale, Inc. (the "Debtor"), dated April 17, 2024, the Declaration of Khim Bun Mak (ECF Doc. # 2-2) sworn to on April 17, 2024, the exhibits annexed thereto, and upon all the papers and proceedings herein, it is hereby:

**ORDERED** that any interested parties show cause before the Honorable Martin Glenn at the United States Bankruptcy Court, One Bowling Green, Courtroom 523, New York, NY 10004, on the 24th day of April, 2024 at 10 a.m., why an order should not be entered:

a) Pursuant to 11 U.S.C. §362(a), 11 U.S.C. §105 and RPAPL§ 749(3), preliminarily enjoining and restraining Nomad West 27th Street LLC (the "Landlord"), and its agents, attorneys, city marshals, employees, etc. from executing the eviction to the premises located at 101 West 27th Street, 1st Floor, New York, New York 10001 (the "Premises"); and

b) Imposing sanctions against the Landlord for its violation of automatic stay pursuant to 11 U.S.C. §362(k); and

c) Granting the Debtor such other, further and different relief as this Court may deem just and proper; and it is further

**ORDERED** that service of this Order to Show Cause together with the application be served on or before 5:00 p.m. on April 18, 2024; and it is further

**ORDERED** that answering papers, if any, shall be electronically filed with the Bankruptcy Court and be served so as to be received by no later than 5:00 p.m. April 22, 2024 prevailing Eastern time by: (i) Chief Judge Martin Glenn, United States Bankruptcy Court, One Bowling Green, New York, New York 10004; (ii) the Office of the United States Trustee, United States Bankruptcy Court, One Bowling Green, New York, New York 10004; and (iii) Shi & Associates, 401 Broadway, Suite 409, New York, New York 10013.

**IT IS SO ORDERED.**

Dated: April 18, 2024
       New York, New York

                                         **/s/ Martin Glenn**
                                         MARTIN GLENN
                                         Chief United States Bankruptcy Judge